UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 20, 2014

      MEMO TO COUNSEL RE:  Matthew Healy v. McCagh and Roberts, M.D. et al.
                                 Civil No. JFM-14-988

Dear Counsel:

      I have reviewed the memoranda submitted in connection with the pending motions.  My rulings are as follows.

      1.  Defendants' motion to withdraw and amend admissions is granted.  I have the authority to order that the admissions be withdrawn or amended pursuant to Fed. R. Civ. P. 36(b), if withdrawal of the admissions "would promote the presentation of the merits of the action" and if I am "not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits."  Obviously, it is in the interest of justice that this case be decided on its merits.  If plaintiffs are correct on the merits, they will not be prejudiced.

      I note that *Elliott v. Scher, Muher, Lowen, Bass, Quartner, P.A.*, 114 Md. App. 334, 689 A.2d 1289 (1997), upon which plaintiffs rely is clearly distinguishable.  There, an appeal was filed from a completed arbitration.  Here, no administrative appeal whatsoever is involved.

      2.  Plaintiff's motion for summary judgment is denied.  This ruling flows from my granting defendants permission to withdraw their admissions since the motion is based entirely upon the admissions that were made by defendants.

      A conference call will be held on   July 7, 2014  at 4:45  p.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

      Enclosed is a tentative scheduling order with approximate dates for your information.  Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

      Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge