**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 29, 2015

MEMO TO COUNSEL RE:  Matthew Healy v. McCagh and Roberts, M.D. et al.
Civil No. JFM-14-988

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to exclude expert opinions and motion for summary judgment.

The motion (document 44) is denied.  I am satisfied that Dr. Hosalkar is fully qualified to express the opinions he has expressed during discovery and that these opinions fall within the area of his expertise.

A conference call will be held on   June 9, 2015  at  4:30   p.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge