UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 10, 2015

MEMO TO COUNSEL RE: Matthew Healy v. McCagh and Roberts, M.D. et al.
Civil No. JFM-14-988

Dear Counsel:

This will confirm the schedule set during the conference held on June 9, 2015

| | |
|---|---|
| September 25, 2015 | Deadline for submission of defendants' proposed voir dire questions and proposed jury instructions |
| October 2, 2015 | Deadline for submission of pretrial order and plaintiff's substitutive or supplemental proposed jury instructions |
| October 6, 2015 4:30 pm | Pretrial conference (by telephone, I ask plaintiff to make the arrangements for the call) |
| Two week period beginning November 2, 2015 | Trial |

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge