# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 23, 2015

MEMO TO COUNSEL RE:  Matthew Healy v. McCagh and Roberts, M.D. et al.
Civil No. JFM-14-988

Dear Counsel:

I have reviewed your letters of October 8, 2015, October 12, 2015, and October 13, 2015.

I believe that plaintiff's request for the production of documents is well founded. Accordingly, defendant is hereby ordered to produce to plaintiff immediately a copy of any and all notes, records, reports, radiological studies, or any other media created during, and/or after the independent medical examination of plaintiff by Dr. Apostolo.

I have also reviewed the memoranda submitted in connection with defendants' motion in limine to exclude expert opinion of Harish Hosalkar, M.D., and motion for summary judgment. The motion (document 61) is denied.  I am satisfied that Dr. Hosalkar is qualified to express his opinion and that there is a basis for that opinion.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge