# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MATTHEW HEALY, ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-988 |
| | * | |
| MCCAGH AND ROBERTS, M.D. PA | * | |
| | ****** | |

## ORDER

For the reasons stated on the record on November 3, 2015, it is, this 4th day of November 2015

ORDERED that defendant's motion for judgment as a matter of law is granted.

                                                                                ___/s/_____
                                                                                J. Frederick Motz
                                                                                 United States District Judge